# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **DOCKET NO. 3:11CR190-MOC-DSC** |
| | ) | |
| v. | ) | <u>**ORDER TO UNSEAL CASE**</u> |
| | ) | |
| **BONNIE BRIDGES, et al.** | ) | |
| | ) | |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the the above-styled case be unsealed,

**IT IS HEREBY ORDERED** that the Motion to unseal is granted and the Clerk of Court shall unseal the above-styled case.

**SO ORDERED.**

Signed: November 8, 2011

_____
David S. Cayer
United States Magistrate Judge