IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11CR190-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **SECOND PRELIMINARY ORDER OF FORFEITURE (MONEY JUDGMENT)** |
| v. | ) | |
| (1) BONNIE KNIGHT BRIDGES, | ) | |
| Defendant. | ) | |

In the Bill of Information in this case, the United States sought forfeiture of property of the Defendant as property that was proceeds of and/or was used to facilitate the crimes charged, together with any other substitute property, which would be subject to forfeiture under 21 U.S.C. § 853(p).

Defendant entered into a plea agreement and subsequently pled guilty to counts one and two in the Bill of Information. She was adjudged guilty of the offenses charged in those counts. Based on the undisputed evidence summarized in the offense conduct section of the pre-sentence report, it appears that more than $7 million in criminal proceeds was obtained as a result of the offenses committed by Defendant in this case.

It is therefore **ORDERED** that Defendant shall pay a money judgment for forfeiture of criminal proceeds in the amount of $7 million, and shall be jointly and severally liable with any other Defendants who are also ordered to pay a proceeds money judgment in this case.

**SO ORDERED**.        Signed: October 16, 2012

David S. Cayer
United States Magistrate Judge