IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11CR190-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| BONNIE KNIGHT BRIDGES, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Amend the Preliminary Order of Forfeiture and to release one vehicle to a third-party lienholder, by consent.

For the reasons stated in the Government's Motion, **IT IS THEREFORE ORDERED**:

1. The Preliminary Order of Forfeiture entered on October 15, 2012, is amended to account for the third-party interest of Santander Consumer USA ("Santander") as a third-party lienholder with an interest in the 2005 Chevrolet Avalanche.

2. The Government shall release the vehicle to Santander.

**SO ORDERED**.

Signed: February 28, 2013

David S. Cayer
United States Magistrate Judge